# IN THE SUPREME COURT OF THE STATE OF NEVADA

BAO NGUYEN, AN INDIVIDUAL AND PARTNER IN BCPL LITTLE SAIGON; BCPL LITTLE SAIGON, A NEVADA PARTNERSHIP; AND A&M REAL ESTATE INVESTMENT, INC., A NEVADA DOMESTIC CORPORATION,
Appellants,
vs.
PHUONG NGUYEN, AN INDIVIDUAL AND PARTNER IN BCPL LITTLE SAIGON; HONG "CHARLIE" NGUY, AN INDIVIDUAL AND MINORITY PARTNER IN BCPL LITTLE SAIGON; AND PHO LITTLE SAIGON, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondents.

No. 79579

FILED

JUN 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-24172

cc: Hon. Kenneth C. Cory, District Judge
Paul M. Haire, Settlement Judge
Morris Law Center
Gordon & Rees Scully Mansukhani LLP
Eighth District Court Clerk